ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: jacob.bundick@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendants*
*BAC Home Loans Servicing, LP (improperly*
*named as BAC Home Loans Processing, LP)*
*and Recontrust Company, N.A. (improperly*
*named as Recontrust Company)*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Paul Dewayne Walker and Maebelle Rae Walker, Beneficiary of & Allan Walker, Executor for CANTABRIA HEIGHTS FAMILY TRUST,<br><br>Plaintiff(s),<br><br>vs.<br><br>BAC HOME LOANS PROCESSING, LP, FIRST AMERICAN TITLE COMPANY OF NEVADA, RECONTRUST COMPANY, DOES I through X, ROES I through X,<br><br>Defendant(s). | Case No:  2:11-cv-00363-KJD-PAL<br><br>**[Proposed]**<br>**ORDER CANCELING LIS PENDENS** |

This Court issued an order granting Defendants BAC HOME LOANS SERVICING, LP (improperly named as BAC Home Loans Processing, LP) and RECONTRUST COMPANY, N.A.'s (improperly named as Recontrust Company) ("ReconTrust" and, together with BAC, "BAC Defendants") Motion to Dismiss on May 16, 2011 [Dkt. 7].

BAC Defendants request that the lis pendens Plaintiff Allan Walker recorded against the subject property be canceled.

{LV032481;1}

1

The Court finds that Plaintiff Allan Walker recorded a Notice of Pending Action ("Lis Pendens") on or about March 17, 2011, as Instrument No. 20110317-0003238 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto at **Exhibit A** and fully incorporated by reference.

Upon consideration of BAC Defendants' request to cancel the above referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants BAC Defendants their requested relief and rules as follows:

1. It is ordered, adjudged and decreed that the above referenced Lis Pendens is hereby cancelled, released, and expunged.

2. It is further ordered, adjudged and decreed that this Order canceling the above referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged and decreed that BAC Defendants record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE
Dated: September 16, 2011

Submitted by:

**AKERMAN SENTERFITT LLP**

 /s/ Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*BAC Home Loans Servicing, LP (improperly named*
*as BAC Home Loans Processing, LP) and*
*Recontrust Company, N.A. (improperly named as*
*Recontrust Company)*

{LV03248l;1}                                    2

# EXHIBIT "A"

# EXHIBIT "A"

{LV019883;1}

APN: 177-34-510-059
1022 CANTABRIA HEIGHTS AVE.
LAS VEGAS, NV 89183
APN: 177-34-510-059
Legal: CACTUS MARYLAND - SEASONS -
Unit 1, Rec: Book 103, Page 26
Filed by and return to Party:
CANTABRIA HEIGHTS FAMILY TRUST
2654 W HORIZON RIDGE PKWY B5-270
HENDERSON, NV 89052

Inst #: 201103170003238
Fees: $15.00
N/C Fee: $0.00
03/17/2011 03:12:16 PM
Receipt #: 709401
Requestor:
CANTABRIA HEIGHTS FAMILY TR
Recorded By: DHG   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

# NOTICE
## OF PENDING ACTION

Re:   1022 CANTABRIA HEIGHTS AVE., LAS VEGAS, NV 89183; 177-34-510-059

NOTICE IS HEREBY GIVEN in accordance with NRS 14.010 that an action concerning and affecting the real property described hereinabove has commenced on March 8, 2011, in the UNITED STATES DISTRICT COURT DISTRICT OF NEVADA, CLARK COUNTY, NEVADA against BAC HOME LOANS PROCESSING, LP et al, by Plaintiff(s) CANTABRIA HEIGHTS FAMILY TRUST (an Express Federal Contract Trust), et al. This action is captioned Case No. 2:11-cv-00363-KJD-PAL and is now pending in the UNITED STATES DISTRICT COURT DISTRICT OF NEVADA, CLARK COUNTY, NEVADA.

This Action affects title and right of possession to the real property commonly known as: 1022 CANTABRIA HEIGHTS AVE., LAS VEGAS, NEVADA (the "Property") title to which Defendant is informed and believes is currently vested to the CANTABRIA HEIGHTS FAMILY TRUST, and is legally described and incorporated herein by reference.

Plaintiff in this action seeks, among other things, a judicial declaration to "quia timet" Quite Title. Cease and Desist any and all foreclosure and sale attempts, and harassment of tenants Defendant(s), Defendant(s) counsel or Brokers/Agents.

DATED this 17 day of March, 2011
CANTABRIA HEIGHTS FAMILY TRUST

By: _____
ALLAN WALKER
NU-WEST TRUST SERVICES, Trustee
2654 W HORIZON RIDGE PKWY B5-270
HENDERSON, NV 89052

DATED this 17 day of March, 2011

CANTABRIA HEIGHTS FAMILY TRUST

By: _____
ALLAN WALKER
NU-WEST TRUST SERVICES, Trustee

## ACKNOWLEDGEMENT

STATE OF NEVADA
COUNTY OF CLARK

This instrument was acknowledged before me on this 16 day of March, 2011, by ALLAN WALKER personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Signature of Notary Public

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
YESENIA DIAZ
No: 08-7190-1
My Appointment Expires July 6, 2012